THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM J. EBEL, Doing Business under the Firm Name and Style of EBEL & COMPANY, Appellant, and HARRY G. GOLDHURST, Defendant.— Judgment unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.